# United States District Court
## Violation Notice

CVB Location Code: **NG-14**

**Violation Number:** 3774176
**Officer Name (Print):** J. Liebrock
**Officer No.:** 887

3774176

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 17:05 hrs 08/15/2014
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Title:** 36 CFR 327.12(e)
**Place of Offense:** Bolding Mill Campground / Lake Lanier
**Offense Description; Factual Basis for Charge:** Possession in posted prohibited area of alcoholic beverages
HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (615) 393-3161
**Last Name:** Baukovic
**First Name:** Slobodan
**M.I.:** V.
**Street Address:** 4182 Eliza Ct
**City:** Snellville
**State:** GA
**Zip Code:** 30039
**Date of Birth (mm/dd/yyyy):** 10/09/1977
**Drivers License No.:** 42748943
**CDL:** ☐
**D.L. State:** GA
**Social Security No.:**

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female

### VEHICLE
**Tag No.:** PJZ 6436
**State:** GA
**Year:** 92
**Make/Model:** BMW 535i
**PASS:** ☐
**Color:** Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 75 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. District Court, Gainesville, GA
**Date (mm/dd/yyyy):** To Be Notified
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** Def Not Present

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/15, 20 15 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I received two bags of trash from site 30 which Mr. Baukovic owned. The Park attendant went to the site to clean it upon Mr. Baukovic's departure. The attendant picked up multiple vodka bottles and beer cans and placed it into the trash bags with all of the other items from the site. Mr. Baukovic stated that site 35 put it there. The persons on site 35 had a daughter witness the people on site 30 drinking Thursday night.

I issued a citation to Mr. Baukovic for violation of Title 36 CFR 327.12(e) possession of alcohol in a posted prohibited area. I took multiple digital pictures of the top two alcohol containers but could see more in trash bag.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/15/2014   [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

CVB Location Code: NG-14

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3774177 | J. Liebrock | 887 |

3774177

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 17:05 hrs 08/15/2014
Offense Charged: ☒ CFR ☐ USC ☐ State Code: Title 36 CFR 327.2(e)

Place of Offense: Bolding Mill CampGround / Lake Lanier

Offense Description: Factual Basis for Charge: Vehicle operation in a careless manner in campground; speeding, over 15 mph in park
HAZMAT ☐

**DEFENDANT INFORMATION**  Phone: (615) 393-3161

Last Name: Baukovic
First Name: Slobodan
M.I.: V.

Street Address: 4182 Eliza Ct
City: Snellville   State: GA   Zip Code: 30039
Date of Birth: 5/09/1977

Drivers License No.: 42748943   CDL ☐   D.L. State: GA   Social Security No.:

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair:   Eyes:   Height:   Weight:

**VEHICLE**   VIN:   CMV ☐

Tag No.: PJZ 6436   State: GA   Year: 1992   Make/Model: BMW 535   PASS ☐   Color: BLK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

N/A

$ 50 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 75 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District CT, Gainesville, GA
Date: To Be   Time: Notified

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Def Not Present

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/15, 20 14 while exercising my duties as a law enforcement officer in the Northern District of Georgia.

I received witness statements from multiple persons that Mr. Baukovic was driving over 45 mph in a 15 mph posted area. A camper also witnessed Mr. Baukovic spinning his tires and driving wreckless.

I cited Mr. Baukovic for violation of Title 36 CFR 327.2(e) operation a vehicle in a careless manner in campground; Speeding over 15 mph in park. Mr. Baukovic did confirm that he was driving a little fast. I have multiple witness statements as evidence of violation.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2014   [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court — Violation Notice

CVB Location Code: NG-14

**Violation Number:** 3774178
**Officer Name (Print):** J. Liebrock
**Officer No.:** 887

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- **Date and Time of Offense (mm/dd/yyyy):** 17:05 hrs, 08/15/2014
- **Offense Charged:** ☒ CFR ☐ USC ☐ State Code — Title 36 CFR 327.12 (d)
- **Place of Offense:** Bolding Mill Camp Ground / Lake Lanier
- **Offense Description; Factual Basis for Charge:** Unnecessary use of Vehicle horn
- HAZMAT ☐

## DEFENDANT INFORMATION

- **Phone:** (615) 893-3161
- **Last Name:** Baukovic
- **First Name:** Slobodan
- **M.I.:** V
- **Street Address:** 4182 Eliza Ct
- **City:** Snellville  **State:** GA  **Zip Code:** 30039
- **Date of Birth:** 10/09/1977
- **Drivers License No.:** 42748943  **CDL:** ☐  **D.L. State:** GA
- ☒ Adult ☐ Juvenile   **Sex:** ☒ Male ☐ Female

## VEHICLE

- **Tag No.:** PJZ6436  **State:** GA  **Year:** 92  **Make/Model:** BMW 535I  **Color:** Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- **Forfeiture Amount:** $25
- **+ $25 Processing Fee**
- **PAY THIS AMOUNT → Total Collateral Due:** $50

### YOUR COURT DATE

- **Court Address:** U.S. District Ct, Gainesville, GA
- **Date:** To Be Notified
- **Time:** Notified

**X Defendant Signature:** Def Not Present

(Rev. 01/2011) — Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/15, 20 14 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I received witness statements from multiple persons stating that prior to 06:00 am Mr. Baukovic was driving through camp ground blowing his horn. Mr. Baukovic stated on the phone that he was told by one of the park attendants to blow his horn when he wanted out. I told Mr. Baukovic that he was heading from the bathroom back to his camp site when he was blowing the horn and that the exit gate was already open at 05:30 am. I also stated to Mr. Baukovic that he Blew his horn at 05:45 am but didn't leave until after 10:00 am. Mr. Baukovic then cussed at me and hung up the phone.

I cited Mr. Baukovic for violation of title 36 CFR 327.12(d) unnecessary use of Vehicle horn. I received multiple statements as evidence of violation.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/15/2014  **Officer's Signature:** [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court Violation Notice

**CVB Location Code:** NG-14

**Violation Number:** 3774179
**Officer Name (Print):** J. Liebrock
**Officer No.:** 887

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 17:05 hrs 08/15/2014
**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code — Title 36 CFR 327.9(d)
**Place of Offense:** Bolding Mill Camp Ground / Lake Lanier
**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Littering on Site 30 and along roadway

## DEFENDANT INFORMATION
**Phone:** (615) 393-3161
**Last Name:** Bowkovic
**First Name:** Slobodan
**M.I.:** V
**Street Address:** 4182 Eliza Ct
**City:** Snellville
**State:** GA
**Zip Code:** 30039
**Date of Birth:** 10/09/1977
**Drivers License No.:** 42748943
**CDL:** ☐  **D.L. State:** GA  **Social Security No.:**
☒ Adult ☐ Juvenile   **Sex:** ☒ Male ☐ Female
Hair:   Eyes:   Height:   Weight:

## VEHICLE  VIN:   CMV ☐
**Tag No.:** PJZ6436  **State:** GA  **Year:** 92  **Make/Model:** BMW 535I  **PASS ☐**  **Color:** Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 100 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 125 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** U.S. District Court, Gainesville, GA
**Date:** To Be Notified
**Time:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** Def Not Present

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/15, 20 14 while exercising my duties as a law enforcement officer in the Northern District of Georgia.

I received a witness statement from the attendant Terry Coart that Site 30 was left a mess. I retrieved multiple Trash bags full of garbage and alcohol bottles. Along with all the trash, I had one full bag of cloths, boots, and camping gear in parking lot and along trail leading to Site 30.

I cited Mr. Bowkovic for violation of Title 36 CFR 327.9(d) littering on Site 30 and along roadway. I have taken seven digital photos and received witness statement as evidence.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2014   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: NG-14

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3774180 | J. Liebrock | 887 |

3774180

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 17:05 hrs 08/15/2014
Offense Charged: Title 36 CFR 327.2(d)

Place of Offense: Bolding Mill Camp Ground / Lake Lanier

Offense Description; Factual Basis for Charge: Violation of Posted traffic Signs; Ran two stop signs

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (615) 393-3161
Last Name: Bavkovic
First Name: Slobodan
M.I.: V
Street Address: 4182 Eliza Court
City: Snellville  State: GA  Zip Code: 30039
Date of Birth: 10/09/1977
Drivers License No.: 42748943  D.L. State: GA

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female

### VEHICLE
Tag No.: PJZ 6436  State: GA  Year: 92  Make/Model: BMW 535I  Color: Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 25 Forfeiture Amount
+ $25 Processing Fee
$ 50 Total Collateral Due

PAY THIS AMOUNT →

### YOUR COURT DATE
Court Address: U.S. District Court, Gainesville GA
Date: To Be Notified
Time: Notified

X Defendant Signature: Def Not Present

(Rev. 01/2011)  Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/15, 20 14 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I Received witness statements from multiple camp ground park attendants that stated they saw Mr. Bavkovic Run/Drive through both stop signs without slowing. Mr. Bavkovic was driving over 45 mph in a 15 mph area.

I cited Mr. Bavkovic for Violation of Title 36 CFR 327.2(d) violation of Posted traffic signs; ran two stop signs. I have included multiple witness statements as evidence of violation.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2014   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: NG-14

**Violation Number:** 3774181
**Officer Name (Print):** J. Liebrock
**Officer No.:** 887

3774181

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 20:30 08/18/2014
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — Title 36 CFR 327.24(a)
**Place of Offense:** Lake Lanier Project Management Office

**Offense Description; Factual Basis for Charge:** Interference with government Employee; use of profanity and lying. ☐ HAZMAT

### DEFENDANT INFORMATION
**Phone:** (615) 393-3161
**Last Name:** Baukovic
**First Name:** Slobadan
**M.I.:** V.
**Street Address:** 4182 Eliza Ct
**City:** Snellville  **State:** GA  **Zip Code:** 30039  **DOB:** 10/09/1977
**Drivers License No.:** 42748943  **D.L. State:** GA

☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female

### VEHICLE
**Tag No.:** PJZ6436  **State:** GA  **Year:** 92  **Make/Model:** BMW 535I  **Color:** Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

~~U.S. District Court~~
~~Gainesville, GA~~

**Forfeiture Amount:** $100
**+ $25 Processing Fee**
**PAY THIS AMOUNT →** $125 Total Collateral Due

### YOUR COURT DATE
**Court Address:** U.S. District Court, Gainesville, GA
**Date:** To Be Notified
**Time:** To Be Notified

**X Defendant Signature:** Def Not Present

(Rev. 01/2011)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/18, 20 14 while exercising my duties as a law enforcement officer in the Northern District of Georgia.

Mr. Slobadan Baukovic contacted me back in reference to his violation at Balding Mill Campground. Mr. Baukovic stated that I had no proof he had alcohol; that his site was clean; he had left bathing suits for a girl on a neighboring tent site; he was only going a little over the speed limit; and that he was told by attendants to blow his car horn in the morning to get out. As I corrected him on evidence that I had, Mr. Baukovic started yelling at me. I asked Mr. Baukovic to please quit cussing and then he told me to "Suck his balls." I said "good night" to Mr. Baukovic and hung up the phone.

I issued a citation for violation of Title 36 CFR 327.24(a) interference with government employee; lying and use of Profanity towards Ranger. I took seven digital photos as evidence of violation and received multiple witness statements.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/18/2014  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

NG-14

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3774183 | J. Liebrock | 887 |

3774183

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 10:05 hrs 08/19/2014 | Title 36 CFR 327.24(b) |

Place of Offense: On Patrol / Lake Lanier

Offense Description: Factual Basis for Charge — HAZMAT ☐
Failure to provide correct identification and giving false information

**DEFENDANT INFORMATION** Phone: (770) 533-9433

| Last Name | First Name | M.I. |
|---|---|---|
| Baukovic | Slobodan | V |

Street Address: 4182 Eliza Ct.

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Snellville | GA | 30039 | 10/09/1977 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| 042748943 | | GA | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Brown   Eyes: Green   Height: 5'11"   Weight: 290

**VEHICLE** VIN:

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PJZ 6436 | GA | 92 | BMW 535I | | Black |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, Gainesville, GA
Date: To Be Notified
Time: Notified

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 August 20 14 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I received a phone call from Mr. Baukovic onto which he stated that he was an international attorney for Mr. Baukovic and that he needed my name, badge number, and for what organization do I work for. I gave Mr. Baukovic the same information that I gave him the first time we spoke. Mr. Baukovic became very insulting when I said I was a Park Ranger for the Army Corps of Engineers. He called me a buffoon and once again told me to "suck his balls because I couldn't do shit to him." I called him by name and he responded "yes." I told him that I liked getting calls from drunk people. He stated that he is always drunk.

I cited Mr. Baukovic for violation of Title 36 CFR 327.24(b) Failure to provide correct identification when I first asked "who this is?"

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/19/2014   [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: NG-14

**Violation Number:** 3774184
**Officer Name (Print):** J. Liebrock
**Officer No.:** 887

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 21:52  08/19/2014
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — Title 36 CFR 327.24(a)
**Place of Offense:** On Patrol / Lake Lanier
**Offense Description; Factual Basis for Charge:** Use of profanity towards Ranger; Threatening to use objects on Ranger
HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (615) 393-8161
**Last Name:** Baukovic
**First Name:** Slobodan
**M.I.:** V
**Street Address:** 4182 Eliza Ct
**City:** Snellville
**State:** GA
**Zip Code:** 30039
**Date of Birth (mm/dd/yyyy):** 10/09/1977
**Drivers License No.:** 042748943
**CDL** ☐
**D.L. State:** GA
**Social Security No.:**

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: Brown   Eyes: Green   Height: 5'11"   Weight: 180

### VEHICLE   VIN:
**Tag No.:** PJZ 6436
**State:** GA
**Year:** 92
**Make/Model:** BMW 535I
**PASS** ☐
**Color:** Black
**CMV** ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. District Court, Gainesville, GA
**Date (mm/dd/yyyy):** To Be Notified
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature:** [signature]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/19, 2014 while exercising my duties as a law enforcement officer in the Northern District of Georgia

I had Mr. Baukovic continually call my cell phone and cuss at me. Mr. Baukovic called me at least 5 times to cuss at me, call me names, and tell me that he is going to kill me. One of the more memorable ways he would kill me is that he was going to beat me to death with a dildo. Calls continued till 01:05 hours in the early morning.

I cited Mr. Baukovic for Violation of Title 36 CFR 327.24(a) use of profanity towards Ranger; threatening to use object to beat me to death.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/19/2014   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident